IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MC-UA LOCAL 119 HEALTH & WELFARE FUND, *et al.*, | ) ) | |
|     Plaintiffs, | ) ) | |
| v. | ) | CIVIL ACTION NO. 10-00119-KD-C |
| | ) | |
| AIR COMFORT CO., INC. and STANLEY SMALL, individually, | ) ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendant Air Comfort Co., Inc.'s "Motion to Stay" (Doc. 63) and Plaintiffs' response (Doc. 64). Defendant Air Comfort Co., Inc. ("Air Comfort") has notified the Court that it has filed for voluntary bankruptcy protection in the United States Bankruptcy Court for the Southern District of Alabama, Case No. 11-01178.

Accordingly, it is **ORDERED** that this civil action is **STAYED** as to Defendant Air Comfort pursuant to 11 U.S.C. § 362, due to the pendency of the bankruptcy proceedings. It is further **ORDERED** that Plaintiffs provide this Court with a **status report** on or before **August 11th, 2011**.

This stay has no effect upon Plaintiffs' claims against the remaining defendant, Stanley Small, and this case shall proceed as to this defendant.

**DONE** and **ORDERED** this the **11th** day of **April 2011.**

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**