# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MC-USA LOCAL 119 HEALTH & WELFARE FUND, et al., <br>     Plaintiffs, <br><br> v. <br><br> AIR COMFORT CO., INC., *et al.*, <br>     Defendants. | ) ) ) ) ) ) ) ) )     CIVIL ACTION NO. 10-00119-KD-C |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 3, 2011 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **1st** day of **November 2011.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**