IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MC-USA LOCAL 119 HEALTH & WELFARE FUND, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> AIR COMFORT CO., INC., *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 10-00119-KD-C <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Plaintiffs and against Defendant Air Comfort Co., Inc., in the amount of **$5,828.75**, which shall resolve the motion (Doc. 99).  This judgment shall not in any way alter or affect the Plaintiffs' right to enforce the Court's December 7, 2010, Judgment against the Defendants (Doc. 26).  Further, it is **ORDERED** that the motion (Doc. 99) is **DISMISSED** as against Stanley E. Small, E.J. Saad, and Russell S. Terry.

    **DONE** and **ORDERED** this the **1**st day of **November 2011.**

                                  /s/ Kristi K. DuBose
                                  **KRISTI K. DuBOSE**
                                  **UNITED STATES DISTRICT JUDGE**