IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MC-UA LOCAL 119 HEALTH & WELFARE FUND, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 10-00119-KD-C |
| AIR COMFORT CO., INC., and STANLEY SMALL, individually, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on a review of the responses (Docs. 127, 129-132) to this Court's December 2, 2011 Order regarding Plaintiffs' Affidavit of Garnishment (Doc. 108), Garnishee Elias J. Saad's Answer (Doc. 109), Writ of Garnishment (Doc. 110), and Plaintiffs' "Consolidated Motion to Condemn Garnished Funds Held by Court" (Doc. 111).

Specifically, in response to the Court's December 2, 2011 Order (Doc. 112), the following entities have appeared in this case and filed claims to the assets Plaintiffs seek to condemn and garnish (namely, certain monies paid by the Gulf Coast Claims Facility to Defendant Air Comfort Company, Inc. in response to BP oil spill Claim No. 1624952): Whitney National Bank (Doc. 131), BancorpSouth Bank, Inc. (Doc. 132), Wittichen Supply Company, Inc. (Docs. 129, 130), and Climatic Comfort Products, LLC (Doc. 127).

Accordingly, it is **ORDERED** that Plaintiffs shall file a reply to each of the above-listed claimant's responses no later than **January 24, 2012**, setting forth all those reasons (with relevant case law) why they, rather than said claimants, are entitled to the monies deposited with

1

the Court from the Gulf Coast Claims Facility Fund.[1]

**DONE** and **ORDERED** this the **10th** day of **January 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiffs have already filed a reply to Climatic Comfort Product, LLC's response and claim (Doc. 128). As such, no additional Reply to this response is necessary.