IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MC-UA LOCAL 119 HEALTH & WELFARE FUND, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> AIR COMFORT CO., INC., and <br> STANLEY SMALL, individually, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 10-00119-KD-C <br> ) <br> ) <br> ) <br> ) |

### ORDER

This matter is before the Court on BancorpSouth Bank, Inc.'s "Motion for Leave to Conduct Limited Discovery and to File Reply Brief Supporting BancorpSouth Bank's Claim" (Doc. 137). Upon consideration,[1] it is **ORDERED** that BancorpSouth's Motion for Leave to Conduct Limited Discovery (Doc. 137) is **GRANTED** as follows:

1) BancorpSouth shall have until **February 23, 2012** to conduct <u>limited</u> discovery (to determine whether it has a security interest in the Gulf Coast Claims Facility Fund money issued to Defendant Air Comfort Company). This deadline is for the completion of discovery (*i.e.*, the deposition of Air Comfort and the exchange of related document production with Plaintiffs).

2) In light of the foregoing, the previously established deadline of October 31, 2011 (Doc. 91) "for completion of all post-judgment discovery from the defendants[]" is lifted to allow Plaintiffs to participate in this limited discovery process.

3) BancorpSouth shall file any **Supplement** to its Notice of Claim by **March 1, 2012.** Plaintiffs shall file any Response thereto by **March 8, 2012.**

**DONE** and **ORDERED** this the **26th** day of **January 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Including the grounds set forth in BancorpSouth's Notice of Claim Filing (Doc. 132), as well as Plaintiffs' assertion that they "do not oppose this request" (Doc. 136 at 3 at note 1).